UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 9:25-cv-81334

**ALEXIS WARNER,**

    Plaintiff(s),
vs.

**ELIJAH SCHAFFER,**

    Defendant(s).

_____/

**NOTICE OF APPEARANCE**

The undersigned hereby files this Notice of Appearance as counsel for Defendant, Elijah Schaffer, and hereby requests that copies of all future pleadings, motions, reports, notices and/or documents which Defendant, Elijah Schaffer is entitled to receive be sent to the undersigned.

                          Respectfully submitted,

                          **LLOPIZ WIZEL, LLP**
                          1451 W Cypress Creek Rd 300
                          Fort Lauderdale FL 33309
                          Telephone: (754) 312-7389

                          */s/ Onier Llopiz*
                          Onier Llopiz
                          Florida Bar No. 579475
                          E-mail: ol@l-wfirm.com
                          E-mail: admin@l-wfirm.com

                          Joan Carlos Wizel
                          Florida Bar No. 37903
                          Email: jcw@l-wfirm.com
                          E-mail: cp@l-wfirm.com

        Lance H. Rosen
        Florida Bar No. 1059844
        Email: jcw@l-wfirm.com
        E-mail: cp@l-wfirm.com

        Jaclyn M. Sanchez
        Florida Bar No. 1049836
        Email: jcw@l-wfirm.com
        E-mail: cp@l-wfirm.com

### **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on this 10th day of December, 2025 to the following:

**SERVICE LIST**

Jason C. Greaves, Esq. (FBN 1059179)
Jared J. Roberts, Esq. (FBN 1036550)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com
Counsel for Plaintiff Alexis Wilkins

        */s/ Onier Llopiz*
        Onier Llopiz