UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-81334-DMM
HON. DONALD M. MIDDLEBROOKS

ALEXIS WILKINS,

    Plaintiff(s),
vs.

ELIJAH SCHAFFER,

    Defendant(s).

_____/

## DEFENDANT'S NOTICE OF STRIKING AND REFILING DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant hereby files this Notice of Striking and Refiling Defendant's Answer to Plaintiff's Complaint in accordance with the Clerk's Notice to Filer re [13] Answer to Complaint [Docket 14].

    Respectfully submitted,

**LLOPIZ WIZEL, LLP**
1451 W Cypress Creek Rd 300
Fort Lauderdale FL 33309
Telephone: (754) 312-7389

*/s/ Onier Llopiz*
Onier Llopiz
Florida Bar No. 579475
E-mail: ol@l-wfirm.com
E-mail: admin@l-wfirm.com

Joan Carlos Wizel
Florida Bar No. 37903
Email: jcw@l-wfirm.com
E-mail: cp@l-wfirm.com

Jaclyn M. Sanchez
Florida Bar No. 1049836
Email: jcw@l-wfirm.com

E-mail: cp@l-wfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on this 20th day of February, 2026 to the following:

**SERVICE LIST**
Jason C. Greaves, Esq. (FBN 1059179)
Jared J. Roberts, Esq. (FBN 1036550)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com
Counsel for Plaintiff Alexis Wilkins

*/s/ Onier Llopiz*
Onier Llopiz