UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-81334-MIDDLEBROOKS/Matthewman

ALEXIS WILKINS,

    Plaintiffs,

v.

ELIJAH SCHAFFER,

    Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and in light of the Parties' Joint Discovery Plan, in which the Parties indicate that an early settlement conference with a Magistrate Judge would be helpful (DE 17 at 3), this case is **HEREBY REFERRED** to United States Magistrate Judge William Matthewman for a settlement conference. Judge Matthewman will schedule the settlement conference for a date and time convenient to him.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of February, 2026.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record

Magistrate Judge William Matthewman