UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-81334-DMM
HON. DONALD M. MIDDLEBROOKS

ALEXIS WILKINS,

      Plaintiff(s),

vs.

ELIJAH SCHAFFER,

      Defendant(s).

_____/

**DEFENDANT'S NOTICE OF SCRIVENER'S ERROR**

Defendant, Elijah Schaffer, by and through undersigned counsel, hereby files this Notice of Scrivener's Error and states:

1.      In preparing Defendant's Motion to Dismiss (DE 5) and Reply in Support of Motion to Dismiss (DE 9), undersigned counsel cited an Eleventh Circuit decision for the proposition that conclusory allegations of actual malice are insufficient to survive dismissal.

2.      Unfortunately, a scrivener's error occurred in the reporter citation and corresponding page numbers included for that case in both filings. The error was inadvertent, and the Westlaw citation and the substantive legal proposition for which the case was cited remain accurate in both filings.

3.      Accordingly, the correct citation for the case is *Reed v. Chamblee*, No. 24-10058, 2025 U.S. App. LEXIS 16669, 2025 WL 1874638, at *6-8 (11th Cir. July 8, 2025).

4.      Defendant files this Notice to ensure the record reflects the correct citation and to avoid any confusion arising from the error in the prior filings.

Respectfully submitted,

**LLOPIZ WIZEL, LLP**
1451 W Cypress Creek Rd 300
Fort Lauderdale FL 33309
Telephone: (754) 312-7389

*/s/ Onier Llopiz*
Onier Llopiz
Florida Bar No. 579475
E-mail: ol@l-wfirm.com
E-mail: admin@l-wfirm.com

Joan Carlos Wizel
Florida Bar No. 37903
Email: jcw@l-wfirm.com
E-mail: cp@l-wfirm.com

Jaclyn M. Sanchez
Florida Bar No. 1049836
Email: jcw@l-wfirm.com
E-mail: cp@l-wfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on this 24th day of April, 2026 to the following:

**SERVICE LIST**
Jason C. Greaves, Esq. (FBN 1059179)
Jared J. Roberts, Esq. (FBN 1036550)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com
Counsel for Plaintiff Alexis Wilkins

2

/s/ Onier Llopiz
Onier Llopiz