IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALEXIS WILKINS,

*Plaintiff,*

v.

ELIJAH SCHAFFER,

*Defendant.*

Case No. 9:25-cv-81334-DMM

**JOINT STATUS REPORT**

Pursuant to the Court's Paperless Order requiring a status report (Dkt. No. 24), Plaintiff, Alexis Wilkins, and Defendant, Elijah Schaffer, (collectively, the "Parties"), submit this Joint Status Report and state as follows:

The Parties attended mediation on May 6, 2026, and May 12, 2026. After the mediation on May 12, the Parties grew closer to a settlement agreement, with just a few terms outstanding. Since that time, the Parties have worked cooperatively to negotiate the remaining terms and have now come to a tentative agreement that is in the process of being finalized. Accordingly, the Parties respectfully request that this Court administratively stay this action so that the Parties may continue finalizing their settlement agreement. The Parties further request that they be permitted to file an additional status report in 30 days, by September 20, 2026, updating the Court as to the status of these negotiations, if a dismissal has not been filed by that time.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Jared J. Roberts*
Jason C. Greaves
(Fla. Bar No. 1059179)
Jared J. Roberts

*/s/ Onier Llopiz*
Onier Llopiz
(Fla. Bar No. 579475)
Joan Carlos Wizel

(Fla. Bar No. 1036550)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

(Fla. Bar No. 37903)
Jaclyn M. Sanchez
(Fla. Bar No. 1049836)
LLOPIZ WIZEL, LLP
1451 W Cypress Creek Rd 300
Fort Lauderdale FL 33309
Phone: (754) 312-7389
ol@l-wfirm.com
jcw@l-wfirm.com
jsanchez@l-wfirm.com
admin@l-wfirm.com
cp@l-wfirm.com

*Counsel for Defendant Elijah Schaffer*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jared J. Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)