**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-81334-MIDDLEBROOKS

ALEXIS WILKINS,

Plaintiff,

v.

ELIJAH D. SCHAFFER,

Defendant.
_______________________________/

**ORDER ON JOINT STATUS REPORT**

THIS CAUSE is before me upon the Parties' Joint Status Report, filed on August 21, 2026. (DE 25). The Parties represent that following their May 12, 2026 mediation, they grew closer to a settlement agreement, and that since that time, they have now come to a tentative agreement. (*Id.* at 1). In the meantime, significant litigation deadlines, including the discovery deadline and the motions deadline, have expired. (DE 12). Indeed there had not been any docket activity in several months, which is what prompted my Order requiring this Status Report. Now, the Parties request that I administratively close this case.

Given this posture, it appears that the Parties have effectively treated the litigation schedule as a nullity in reliance upon their ongoing settlement discussions and their optimism regarding the prospect that they might resolve the case. But any presumption that I would stay or close the case, or modify the scheduling order, was unwarranted.

Although I am pleased that the Parties appear poised to amicably resolve this matter, they still have an obligation to move the case forward while they negotiate.

I will not administratively close this case. The trial date and all unexpired litigation deadlines remain in effect. I note however, that the Pretrial Stipulation was due August 24, 2026. I will sua sponte extend *this deadline only* by one week, to August 31, 2026.

The Parties are advised that if they desire greater flexibility and additional time to wind matters up, they may consent to the jurisdiction of the paired Magistrate Judge. The consent form can be found at Appendix A of the Pretrial Scheduling Order (DE 12).

**SIGNED** in Chambers at West Palm Beach, Florida, this the 26th day of August, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record