IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALEXIS WILKINS,

*Plaintiff,*

v.

ELIJAH SCHAFFER,

*Defendant.*

Case No. 9:25-cv-81334-DMM

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alexis Wilkins and Defendant Elijah Schaffer stipulate to the voluntary dismissal with prejudice of any and all counts and claims against Defendant Elijah Schaffer as set forth in the Complaint, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all such counts and claims.

A proposed dismissal order is attached for the Court's consideration.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Jared J. Roberts*
Jason C. Greaves
(Fla. Bar No. 1059179)
Jared J. Roberts
(Fla. Bar No. 1036550)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

*/s/ Onier Llopiz*
Onier Llopiz
(Fla. Bar No. 579475)
Joan Carlos Wizel
(Fla. Bar No. 37903)
Jaclyn M. Sanchez
(Fla. Bar No. 1049836)
LLOPIZ WIZEL, LLP
1451 W Cypress Creek Rd 300
Fort Lauderdale FL 33309
Phone: (754) 312-7389
ol@l-wfirm.com
jcw@l-wfirm.com
jsanchez@l-wfirm.com
admin@l-wfirm.com

cp@l-wfirm.com

*Counsel for Defendant Elijah Schaffer*

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jared J. Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)