IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALEXIS WILKINS,

*Plaintiff,*

v.

ELIJAH SCHAFFER,

*Defendant.*

Case No. 9:25-cv-81334-DMM

**[PROPOSED] ORDER**

Upon stipulation of dismissal filed by Plaintiff Alexis Wilkins and Defendant Elijah Schaffer, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ADJUDGED, ORDERED, AND DECREED that the Complaint be DISMISSED WITH PREJUDICE as to Defendant Elijah Schaffer, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all counts and claims as to Defendant Elijah Schaffer.

IT IS SO ORDERED.

DATED this ________ day of ______________________, 2026.

BY THE COURT:

______________________________
Hon. Donald M. Middlebrooks
United States District Judge