**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-81334-MIDDLEBROOKS

ALEXIS WILKINS,

Plaintiff,

v.

ELIJAH SCHAFFER,

Defendant.
_________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed August 31, 2026. (DE 29). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 3 day of September, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record